AO 91 (Rev. 11/11) Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

DEC 30 2:50 [

Clerk, U.S. District Court
Texas Eastern

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ALBERTO HERNANDEZ-CHAVEZ (1) | ) | Case No. |
| ARMANDO DIEGO PINA-ALVAREZ (2) | ) | |
| FRANCISCO JAVIER CRUZ-GONZALEZ (3) | ) | 4:15MJ507 |
| JESUS ANGULO-TORRES (4) | ) | |
| EDWARD LAERCIO GONGORA-AGUINO (5) | ) | |
| RICARD MOISES QUIJIJE-CHAVEZ (6) | ) | |
| ROGER ALFREDO ANCHUNDIA-ESPINOZA (7) | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 2015 to the present  in the county of  Collin  in the
 Eastern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Conspiracy with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine |
| 21 USC 963 | Conspiracy to import cocaine and manufacture and distribute cocaine intending and knowing that the cocaine will be unlawfully imported into the United States |
| 21 USC 959 and 18 USC 2 | Manufacturing and distributing cocaine intending and knowing that the cocaine will be unlawfully imported into the United States and aiding and abetting |
| 46 USC 70503(a) and 70506(a)&(b) | Conspiracy to possess with the Intent to Distribute Cocaine while Onboard a Vessel Subject to the Jurisdiction of the United States |

This criminal complaint is based on these facts:
See the attached affidavit of Special Agent Joe H. Mata, DEA

☐ Continued on the attached sheet.

_____
*Complainant's signature*

SA Joe H. Mata DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/30/2015 3:00pm

_____
*Judge's signature*

City and state: Sherman, Texas    Honorable Christine A. Nowak, Magistrate Judge
*Printed name and title*