IN THE UNITED STATES OF AMERICA
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | NO. 4:16CR3 |
| | § | Judge Mazzant |
| EDWARD LAERCIO GONGORA-AGUINO (5) | § | |
| | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America would show the Court that the defendant, **Edward Laercio Gongora-Aguino**, and the government have entered into a plea in relation to the charges now pending before this Court.

Respectfully submitted,

JOHN M. BALES
United States Attorney

___/s/_____
ERNEST GONZALEZ
Assistant United States Attorney
Texas Bar No. 00789318
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Ernest.Gonzalez@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via electronic filing to defense counsel on March 16, 2016.

___/s/_____
ERNEST GONZALEZ