UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| | § | 4:16 CR 00003-5 |
| versus | § § | |
| | § | |
| EDWARD GONGORA-AGUINO | § § | |

NOTICE OF NO OBJECTIONS TO PRESENTENCE REPORT

Defendant EDWARD GONGORA-AGUINO respectfully represents that he has no objections to the presentence report in this case dated May 26, 2016.

Respectfully submitted,

*/s/ Rob Herrington*
Robert J. Herrington
Texas Bar 00790163
P.O. Box 262234
Plano, TX 75226-2234
214.557.0577 (telephone)
972.599.0391 (fax)

CERTIFICATE OF SERVICE

A copy of this objection was served, via ecf, on counsel for the government and the probation officer, at their electronic addresses of record, on June 12, 2016.

*/s/ Rob Herrington*
Robert J. Herrington

1